UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re: ROBERTS II, JAMES CHRISTOPHER § Case No. 12-07886
ROBERTS, ANNETTE MARIE §
§
Debtor(s) §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 30, 2012. The undersigned trustee was appointed on June 30, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $         4,086.79

   Funds were disbursed in the following amounts:
   Payments made under an
     interim distribution                                       0.00
   Administrative expenses                                      0.00
   Bank service fees                                           20.00
   Other payments to creditors                                  0.00
   Non-estate funds paid to 3rd Parties                         0.00
   Exemptions paid to the debtor                            1,651.83
   Other payments to the debtor                                 0.00

   Leaving a balance on hand of [1]      $         2,414.96

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/07/2013 and the deadline for filing governmental claims was 12/27/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $608.74. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $608.74, for a total compensation of $608.74.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $99.12, for total expenses of $99.12.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/27/2013       By: /s/THOMAS A. KRUDY
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-07886  
**Case Name:** ROBERTS II, JAMES CHRISTOPHER  
ROBERTS, ANNETTE MARIE  
**Period Ending:** 09/27/13

**Trustee:** (340540)   THOMAS A. KRUDY  
**Filed (f) or Converted (c):** 06/30/12 (f)  
**§341(a) Meeting Date:** 08/06/12  
**Claims Bar Date:** 01/07/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  6090 E. NEWBERRY COURT, CAMBY, IN 46113 | 171,000.00 | 0.00 | OA | 0.00 | FA |
| 2  CHECKING ACCOUNT WITH CHASE | 700.00 | 0.00 |  | 0.00 | FA |
| 3  HOUSEHOLD GOODS | 4,000.00 | 0.00 | OA | 0.00 | FA |
| 4  BOOKS, COMPACT DISCS, TAPES/RECORDS PICTURES | 200.00 | 0.00 | OA | 0.00 | FA |
| 5  WEARING APPAREL | 100.00 | 0.00 | OA | 0.00 | FA |
| 6  FURS & JEWELRY | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 7  4 HANDGUNS, 2 RIFLES, 1 SHOTGUN, 1 MUZZEL LOADER | 2,205.00 | 0.00 | OA | 0.00 | FA |
| 8  TERM LIFE INSURANCE | 0.00 | 0.00 | OA | 0.00 | FA |
| 9  TERM LIFE INSURANCE - WIFE | 0.00 | 0.00 | OA | 0.00 | FA |
| 10  2006 KIA SEDONA | 11,925.00 | 0.00 | OA | 0.00 | FA |
| 11  2007 HONDA ACCORD V6 | 13,900.00 | 0.00 | OA | 0.00 | FA |
| 12  FMAILY PETS-1DOG, 3CATS AND 1 FISH | 0.00 | 0.00 | OA | 0.00 | FA |
| 13  25% OF WAGES DUE AND OWING  (u) | Unknown | 417.05 |  | 417.05 | FA |
| 14  2012 FEDERAL STATE TAX REFUNDS  (u) REQUESTED TAX INTERCEPT FORM ON 8/16/12. | Unknown | 2,017.91 |  | 3,669.74 | FA |
| 14  Assets  Totals (Excluding unknown values) | **$206,030.00** | **$2,434.96** |  | **$4,086.79** | **$0.00** |

**Major Activities Affecting Case Closing:**

APPEARANCE FOR PDG WAS FILED ON 10/4/12.  NOTICE OF POSSIBLE ASSETS WAS FILED ON 10/4/12.  MOTION FOR TURNOVER WAS FILED ON 7/2/13.  ORDER ON THE MOTION FOR TURNOVER WAS UPLOADED ON 7/2/13.  ORDER ON THE MOTION FOR TURNOVER WAS SIGNED ON 7/29/13.

**Initial Projected Date Of Final Report (TFR):**     September 30, 2013          **Current Projected Date Of Final Report (TFR):**     September 30, 2013

Printed: 09/27/2013 01:01 PM     V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-07886 | | Trustee: | THOMAS A. KRUDY (340540) |
|---|---|---|---|---|
| Case Name: | ROBERTS II, JAMES CHRISTOPHER | | Bank Name: | Rabobank, N.A. |
| | ROBERTS, ANNETTE MARIE | | Account: | ****826766 - Checking Account |
| Taxpayer ID #: | **-***7516 | | Blanket Bond: | $80,333,391.00  (per case limit) |
| Period Ending: | 09/27/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/19/13 | | james christopher roberts | TAX REFUND PAYMENT | | 4,086.79 | | 4,086.79 |
| | {13} | | 417.05 | 1221-000 | | | 4,086.79 |
| | {14} | | 3,669.74 | 1224-000 | | | 4,086.79 |
| 07/23/13 | 101 | JAMES & ANNETTE ROBERTS | NON ESTATE REFUNDS | 8100-002 | | 1,651.83 | 2,434.96 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,424.96 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,414.96 |
| | | | ACCOUNT TOTALS | | 4,086.79 | 1,671.83 | $2,414.96 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 4,086.79 | 1,671.83 | |
| | | | Less: Payments to Debtors | | | 1,651.83 | |
| | | | NET Receipts / Disbursements | | $4,086.79 | $20.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****826766 | 4,086.79 | 20.00 | 2,414.96 |
| | $4,086.79 | $20.00 | $2,414.96 |

{} Asset reference(s)

Printed: 09/27/2013 01:01 PM     V.13.13

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 7, 2013

**Case Number:** 12-07886
**Debtor Name:** ROBERTS II, JAMES CHRISTOPHER

Page: 1

**Date:** September 27, 2013
**Time:** 01:01:52 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS A. KRUDY<br>236 E. 15TH Street<br>INDIANAPOLIS, IN 46202-2515 | Admin Ch. 7 | | $608.74 | $0.00 | 608.74 |
| 200 | THOMAS A. KRUDY<br>236 E. 15TH Street<br>INDIANAPOLIS, IN 46202-2515 | Admin Ch. 7 | | $99.12 | $0.00 | 99.12 |
| 1 610 | American InfoSource LP as agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $3,698.38 | $0.00 | 3,698.38 |
| 2 610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank<br>Resurgent Capital Services, PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $867.41 | $0.00 | 867.41 |
| 3 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $16,098.49 | $0.00 | 16,098.49 |
| 4 610 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $2,727.59 | $0.00 | 2,727.59 |
| 5 610 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $1,695.03 | $0.00 | 1,695.03 |
| 6 610 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $1,048.20 | $0.00 | 1,048.20 |
| 7 610 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $38,890.94 | $0.00 | 38,890.94 |
| 8 610 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $9,919.19 | $0.00 | 9,919.19 |
| 9 610 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured | | $3,064.18 | $0.00 | 3,064.18 |
| 10 610 | Capital One NA<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,938.63 | $0.00 | 1,938.63 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 7, 2013

**Case Number:** 12-07886　　　　　　　　　　　Page: 2　　　　　　　　　　　**Date:** September 27, 2013
**Debtor Name:** ROBERTS II, JAMES CHRISTOPHER　　　　　　　　　　　　　　　　**Time:** 01:01:52 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 610 | Portfolio Recovery Associates, LLC POB 12914 Norfolk, VA 23541 | Unsecured | | $2,516.98 | $0.00 | 2,516.98 |
| << Totals >> | | | | 83,172.88 | 0.00 | 83,172.88 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-07886
Case Name: ROBERTS II, JAMES CHRISTOPHER
Trustee Name: THOMAS A. KRUDY

**Balance on hand:** $ 2,414.96

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 2,414.96

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS A. KRUDY | 608.74 | 0.00 | 608.74 |
| Trustee, Expenses - THOMAS A. KRUDY | 99.12 | 0.00 | 99.12 |

Total to be paid for chapter 7 administration expenses: $ 707.86
Remaining balance: $ 1,707.10

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,707.10

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,707.10

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 82,465.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 3,698.38 | 0.00 | 76.56 |
| 2 | PYOD, LLC its successors and assigns as assignee | 867.41 | 0.00 | 17.96 |
| 3 | Discover Bank | 16,098.49 | 0.00 | 333.25 |
| 4 | GE Capital Retail Bank | 2,727.59 | 0.00 | 56.46 |
| 5 | GE Capital Retail Bank | 1,695.03 | 0.00 | 35.09 |
| 6 | FIA CARD SERVICES, N.A. | 1,048.20 | 0.00 | 21.70 |
| 7 | FIA CARD SERVICES, N.A. | 38,890.94 | 0.00 | 805.08 |
| 8 | American Express Centurion Bank | 9,919.19 | 0.00 | 205.34 |
| 9 | Capital One, N.A. | 3,064.18 | 0.00 | 63.43 |
| 10 | Capital One NA | 1,938.63 | 0.00 | 40.13 |
| 11 | Portfolio Recovery Associates, LLC | 2,516.98 | 0.00 | 52.10 |

Total to be paid for timely general unsecured claims:  $   1,707.10
Remaining balance:  $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:  $   0.00
Remaining balance:  $   0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**